Commonwealth ex rel. Armstead, Appellant, v.
Rundle.

Argued September 15, 1964. *Bernard L. Segal,* First Assistant Defender, with him *Herman I. Pollock,* Defender, for appellant; *Gordon Gelfond,* Assistant District Attorney, with him *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

Commonwealth ex rel. Bell, Appellant, v.
Rundle.

Submitted September 14, 1964. *Richard Bell,* appellant, in propria persona; *Gordon Gelfond,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.